IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY MCKENZIE, #229 611 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:11-CV-97-ID |
| v. | ) | |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Before the court are the Recommendation of the Magistrate Judge, (Doc. #4), and Plaintiff's Objections, (Docs. #5, #7). Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objections (Docs. #5, #7) be and the same are hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #4) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. The Plaintiff's complaint against the Alabama Department of Corrections be and the same is hereby DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this the 22nd day of March, 2011.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE